No. 12-14-00189-CR

IN THE
COURT of APPEALS
12th JUDICIAL DISTRICT
TYLER, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 29 2015

Abel Acosta, Clerk

TRACY RAY HASS, Appellant

V.

The State of Texas

FILED IN
COURT OF CRIMINAL APPEALS

JUL 02 2015

Abel Acosta, Clerk

ON Appeal In Cause Number
061728

Pro se Petition for Discretionary Review
in the Court of Appeals

MOTION For Extension of Time
TO File Petition for Discretionary Review

Now comes the Appellant in the above entitled cause, and files this Motion for Extension of Time in which to file the Appellants motion for Discretionary Review.

This is the Appellants TRACY Ray Hess first request for an extension of Time in which To file P.D.R.

The facts relied upon to reasonably explain the need for an extension of Time are as follows.

1. TRIAL Lawyer hasn't mailed appellants all the paper work that has been requested.

2. ~~Been~~ Appellants been moved To 4 differant State Prisons in the last week.

3. I appellant have got to do this on my his own.

4. It Takes up to 2-3 months for your property To Catch up with you at your assigned Unit. Which is Segovia Unit Now In Edinbugh Tx.

5. Have No Type writers on this Unit So ~~Apple~~ Appellant has To mail P.D.R. out TO Family To Type up.

6. Appellant is waiting on mail To Catch up To him Legal mail.

Appellant wherefore, premises considered The requests this Motion for Extension of Time be granted and the Court extend The Time for filing of the Pro se Petition for Discretionary Review in the Court of Appeals To August 29, 2015

Appellant Pro se TRACY RAY HASS
Tracy Ray Hass

TRACY RAY HASS TDC# 1918959
Segovia Unit
1201 E. Cibolo Road
Edinburg TX. 78539